| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | ALISON E. DAW (CSBN 137026)<br>Assistant United States Attorney |

 280 S. First Street, Room 371
 San Jose, California 95113
 Telephone: (408) 535-5044
 FAX: (408) 535-5081
 Email: alison.daw@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEKSEY SMOTKIN, ) | No. C 05 0423 MJJ (JL) |
| Petitioner, ) | |
| v. ) | STIPULATION TO REMAND MATTER TO U.S. CITIZENSHIP & IMMIGRATION SERVICES FOR ADJUDICATION OF NATURALIZATION APPLICATION; [PROPOSED] ORDER |
| DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, Secretary, et al., ) | |
| Respondents. ) | Honorable Martin J. Jenkins |

U.S. Citizenship and Immigration Services ("U.S. CIS") has received and completed its review of the results of the security checks for Mr. Smotkin. Accordingly, U.S. CIS is prepared to adjudicate Mr. Smotkin's naturalization application at this time. However U.S. CIS cannot act on the naturalization application while this action is pending. Accordingly, the parties request that the Court remand this matter to U.S. CIS for immediate adjudication of Mr. Smotkin's naturalization application.

///

///

///

///

STIPULATION TO REMAND; ORDER
C 05 0423 MJJ (JL)                    -1-

| | | |
|---|---|---|
| 1 | DATED: May 6, 2005 | JEWISH FAMILY & CHILDREN SERVICES |
| | | /s/ Geri N. Kahn |
| | | GERI N. KAHN |
| | | Attorneys for Plaintiff |
| 5 | DATED: May 5, 2005 | KEVIN V. RYAN |
| | | United States Attorney |
| | | /s/ Alison E. Daw |
| | | ALISON E. DAW |
| | | Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby REMANDS this matter to U.S. Citizenship and Immigration Services with instructions that it complete adjudication of Mr. Smotkin's naturalization application within 2 business days of this order.

IT IS SO ORDERED.

DATED: May 8, 2005                    /s/
                                      MARTIN J. JENKINS
                                      United States District Judge

APPROVED
Judge Martin J. Jenkins

STIPULATION TO REMAND; ORDER
C 05 0423 MJJ (JL)                    -2-